MRS. A. P. RUCKER v. SNIDER BROTHERS, INC., J. W. KLUTTZ, AND MANER MOTOR TRANSIT COMPANY.

(Filed 25 November, 1936.)

APPEAL by defendant Maner Motor Transit Company from *Shaw, Emergency Judge,* at June Term, 1936, of MECKLENBURG. Affirmed.

Petition for removal to United States District Court on the ground of diversity of citizenship and separable controversy. The ruling of the clerk denying the petition was affirmed by the judge of the Superior Court, and petitioner appealed to this Court.

*Carswell & Ervin for plaintiff, appellee.*

*C. H. Gover, William T. Covington, Jr., and Hugh L. Lobdell for defendant, appellant.*

PER CURIAM. This is a companion case to that of *Miss Evelyn Rucker v. Snider Brothers et al., ante,* 777, involving the same facts, and for the reasons therein stated the judgment of the court below is

Affirmed.